BRACHFELD AND SHEPPARD
ATTORNEY FOR THE PLAINTIFF
    23586 CALABASAS RD, SUITE 103
    CALABASAS, CA  91302
    818-222-2868
Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      COURT NO: 92A20067
        Plaintiff,

    v.            DECLARATION FOR DEFAULT JUDGMENT

ANNA M. MELCHOR
A/K/A ANNA MELCHOR

                 MARTIN BRACHFELD

        Defendant(s).
_____/

    I, MARTIN BRACHFELD, ATTORNEY FOR THE PLAINTIFF,
do hereby declare:

    I am the attorney for the plaintiff in the above-entitled action.

    From the file and records in this case I am informed and believe
that the defendant(s) is/are not in the military service of the
United States; that the defendant(s) has/have been duly served with
the Summons and complaint; that defendant(s) failed to appear, answer,
plead or otherwise defend in said action within the time allowed by
law, or at all; that there is now due and owing and unpaid to
plaintiff in said action from defendant(s) the principal amount of
$3,000.00, $259.88 as accrued interest, $155.00 administrative
charges, $47.50 as costs, and $500.00 attorney fees.  Since
complaint was filed, payments in the amount of $0
have been received.

    WHEREFORE, declarant prays on behalf of plaintiff for judgment
in favor of plaintiff and against ANNA M. MELCHOR,

in the amounts stated above, plus interest at the current rate until

judgment entry, and that plaintiff further be awarded interest on

this sum at the legal rate from the date of judgment.

Signed under penalty of perjury on April 13, 1992

MARTIN BRACHFELD
ATTORNEY FOR THE PLAINTIFF



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                Court No.: 92A20067

          Plaintiff,                PRAECIPE FOR ENTRY OF DEFAULT
    v.                                               JUDGMENT

ANNA M. MELCHOR
A/K/A ANNA MELCHOR

          Defendant(s).
_____/


TO THE CLERK:

Please enter default judgment as to the above defendant(s).

                          MARTIN BRACHFELD
                          ATTORNEY FOR THE PLAINTIFF
                          23586 CALABASAS RD, SUITE 103
          APR 2 3 1992   CALABASAS, CA  91302
                          318-222-2868

Date Issued: 4-13-92

RECORDING REQUESTED BY:



WHEN RECORDED, MAIL TO:

BRACHFELD AND SHEPPARD
23586 CALABASAS RD, SUITE 103
CALABASAS, CA  91302
ATTN: MARY G. VELKOS
818-222-2868

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF                          COURT NO: 92A20067

UNITED STATES OF AMERICA          CIF CLAIM NO.  026312

DEFENDANT(S)                       ABSTRACT OF JUDGMENT

ANNA M. MELCHOR
A/K/A ANNA MELCHOR

     I certify that in the above-entitled action and Court, Judgment
was entered on _____APR 2 3 1992_____, in favor of United States of
America, whose address is 23586 CALABASAS RD, SUITE 103
CALABASAS, CA  91302 and against
ANNA M. MELCHOR

last known address is 10281 WAGON ROAD
                      CORONA, CA  91719

for $3,000.00 principal, $259.88 interest, $47.50 costs,
and $500.00 attorney fees, 155.00 administrative/late charges
plus interest from APRIL 13, 1992 until judgment entry.

Attested this APR 2 3 1992

Drivers License No. and state;                    _____ Unknown

Social Security No.: 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                   _____ Unknown

____ No stay of enforcement ordered by Court

____ Stay of enforcement ordered by Court, stay date ends _____.

Judgment debtor or debtor's attorney name and address at which summons
was served:

ANNA M. MELCHOR
10281 WAGON ROAD
CORONA, CA  91719



Clerk, U.S. District Court

By: _____ R. L. BYER
          Deputy Clerk

RECORDING REQUESTED BY:


WHEN RECORDED, MAIL TO:

BRACHFELD AND SHEPPARD
23586 CALABASAS RD, SUITE 103
CALABASAS, CA  91302
ATTN: MARY G. VELKOS
818-222-2868

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF                          COURT NO: 92A20067

UNITED STATES OF AMERICA           CIF CLAIM NO.  026312

DEFENDANT(S)                       ABSTRACT OF JUDGMENT

ANNA M. MELCHOR
A/K/A ANNA MELCHOR

     I certify that in the above-entitled action and Court, Judgment
was entered on _APR 2 3 1992_____, in favor of United States of
America, whose address is 23586 CALABASAS RD, SUITE 103
CALABASAS, CA  91302 and against
ANNA M. MELCHOR

last known address is 10281 WAGON ROAD
                      CORONA, CA  91719

for $3,000.00 principal, $259.88 interest, $47.50 costs,
and $500.00 attorney fees, 155.00 administrative/late charges
plus interest from APRIL 13, 1992 until judgment entry.

Attested this  APR 2 3 1992

Drivers License No. and state;                    _____ Unknown

Social Security No.: 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                  _____ Unknown

____  No stay of enforcement ordered by Court

____  Stay of enforcement ordered by Court, stay date ends _____.

Judgment debtor or debtor's attorney name and address at which summons
was served:

ANNA M. MELCHOR
10281 WAGON ROAD
CORONA, CA  91719

                         Clerk, U.S. District Court

                         By: _____
                              Deputy Clerk

CERTIFICATE OF MAILING

I MARY G. VELKOS, declare:

That I am a citizen of the United States and resident or employed in LOS ANGELES county, CA; that my business address is 23586 CALABASAS RD, SUITE 103 CALABASAS, CA, 91302; that I am over the age of 18 years, and am not a party to the above-entitled action;

That I am employed by BRACHFELD AND SHEPPARD who is/are a member of the Bar of the United States District Court for the Central District of California, at whose direction the service of mail described in this Certificate was made; that I deposited in the United States mail, in the above-entitled action, in an envelope bearing the requisite postage, a copy of JUDGMENT and BILL OF COSTS addressed to :

ANNA M. MELCHOR
10281 WAGON ROAD
CORONA, CA  91719

at his/her last known address, at which place there is a delivery service by the United States Mail.

This Certificate is executed on _4-13-92_, at CALABASAS, CA.

I certify under penalty of perjury that the foregoing is true and correct.

_____
MARY G. VELKOS